DONALDSON, Judge,
dissenting.
I do not believe that the certification of the June 25, 2015, order as final pursuant to Rule 54(b), Ala. R. Civ. P., was appropriate. Therefore, I dissent; I would dismiss the appeal. See Ex parte Williams, 218 So.3d 792, 793 (Ala. 2016) (Murdock, J., concurring specially); Harrison v. Harrison, 213 So.3d 584 (Ala. Civ. App. 2016) (Donaldson, J., dissenting); and Williams v. Williams, 218 So.3d 781, 791 (Ala. Civ. App. 2014) (Moore, J. dissenting).
Moore, J., concurs.